UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DESSERI MCCRAY,

    Plaintiffs,

v.                                                Case No. 8:18-cv-00731T-17SPF

DEITSCH AND WRIGHT, P.A.,

    Defendant.
_____/

## ORDER

    This cause comes before the Court upon Plaintiffs' Motion to Compel Discovery (Doc. 39), Defendant's response in opposition (Doc. 51), and Plaintiff's reply to Defendant's response (Doc. 54). On December 27, 2018, a hearing was held on this matter during which the Court considered whether the discovery sought was proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighed its likely benefit. For the reason stated at the hearing, it is hereby

    ORDERED:

1. Plaintiffs' Motion to Compel is GRANTED IN PART and DENIED IN PART as follows:

    a. With respect to Interrogatories Nos. 10, 17, 18, 19, 20, the motion is granted.

    b. With respect to Interrogatory No. 6, the motion is denied.

    c. With respect to Requests for Production Nos. 16 and 20, the motion is denied.

1

    d.   With respect to Requests for Production No. 12 and 17, the motion is granted to the extent that Defendant is required to produce Defendant's balance sheet for the year 2017 only.

    e.   With respect to Request for Production No. 18, Plaintiff withdrew its request; therefore, Plaintiff's request is denied as moot.

    f.   With respect to Request for Production No. 19, the motion is granted to the extent that Defendant is required to confirm with its client whether responsive document to Plaintiff's request exist. If such documents exist, Plaintiff is required to produce documents for the year 2017 only.

    g.   With respect to Request for Production No. 21, the motion is granted to the extent that Defendant is required to produce the underlying documents supporting Plaintiff's answer to Interrogatory No. 17.

    h.   With respect to Requests for Admissions Nos. 15 and 20, the motion is granted.

2.   Plaintiffs' Motion for Attorney's fees is DENIED.  The Court finds Defendants objections to be substantially justified, and under the totality of the circumstances, and award of expenses would be unjust.

**DONE AND ORDERED** in Tampa, Florida, December 28, 2018.

_____
SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of record.